1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   MAJACQUE SHANTA BUSCH,

8                              Plaintiff,

9           v.

10   KING COUNTY CORRECTIONAL
    FACILITY,

11                            Defendants.

No.  2:22-CV-1316-BJR-DWC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

12

13      The Court, having reviewed the Report and Recommendation of Magistrate Judge David

14   W. Christel, objections to the Report and Recommendation, if any,[1] and the remaining record,

15   does hereby find and ORDER:

16      (1)    The Court adopts the Report and Recommendation.

17      (2)    Plaintiff has failed to state a claim upon which relief can be granted. The case is
              dismissed without prejudice. This dismissal constitutes a strike under 28 U.S.C. §
18            1915(g).

19      (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon.
              David W. Christel.

20

21      **DATED** this 8th day of June 2023.

22

23

24      Barbara J. Rothstein
        United States District Judge

25

26   [1] The Court notes that no objections have been filed, but the mailing of the report to Plaintiff was returned as
    undeliverable.  Pro se plaintiffs are obligated to keep the Court and opposing parties informed of their current
    mailing address, and failure to do so may result in dismissal of the action without prejudice. *See* Local Rules W.D.
    Wash. LCR 41 (b)(2).

ORDER ADOPTING REPORT AND RECOMMENDATION- 1